*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
TANG, LAWRENCE, and RUSSELL,
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Steven K. MITCHELL**
Gunnery Sergeant (E-7), U.S. Marine Corps
Appellant

**No. 201900134**

Decided: 31 October 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Sentence adjudged 31 January 2019 by a special court-martial convened at Marine Corps Air Station Beaufort, South Carolina, consisting of a military judge sitting alone. Military Judge: Lieutenant Colonel Michael D. Libretto, USMC. Sentence approved by the convening authority: confinement for 220 days, reduction to pay grade E-1, and a bad-conduct discharge.

For Appellant: Commander R. Donald Evans, Jr., JAGC, USN.

For Appellee: Brian K. Keller, Esq.

_____

**This opinion does not serve as binding precedent, but
may be cited as persuasive authority under
NMCCA Rule of Appellate Procedure 30.2.**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court